```
          UNITED STATES DISTRICT COURT
         FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

   **v.**                                         Case No. 05-cr-249-01-PB

**Greg Cormier**


**O R D E R**

    The defendant has moved to continue the March 7, 2006 trial in the above case, citing the need for additional time to complete the substance abuse treatment program in which he is currently enrolled.  The government does not object to a continuance of the trial date.

    Accordingly, in order to allow the defendant additional time to complete the treatment program and for the parties to properly prepare for trial, the court will continue the trial from March 7, 2006 to June 6, 2006.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The February 16, 2006 final pretrial conference is continued until May 25, 2006 at 4:15 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

February 14, 2006

cc: Richard Monteith, Esq.
    Mark Zuckerman, AUSA
    United States Probation
    United States Marshal