UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

**United States of America**

  v.          Criminal No. 05-249-01-PB

**Greg Cormier**

**O R D E R**

  The defendant, through counsel, has moved to continue the September 6, 2006 trial in the above case, citing his participation in a substance abuse program and incarceration in Massachusetts which have impacted his ability to meet with counsel and prepare a defense in this matter. The government does not object to a continuance of the trial date.

  Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from September 6, 2006 to December 5, 2006. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the

best interests of the public and the defendant in a speedy trial

The August 28, 2006 final pretrial conference is continued to November 28, 2006 at 3:30 p.m.

No further continuances.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

August 28, 2006

cc:  Richard Monteith, Esq.
     Mark Zuckerman, Esq.
     United States Probation
     United States Marshal

2